**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEBARON SANDERS,

    Petitioner,                                             2:14-cv-01966-JCM-NJK

vs.

                                                    **ORDER**

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

Nevada prisoner Debaron Sanders initiated this habeas corpus action on November 25, 2014. The court granted Sanders leave to proceed *in forma pauperis* on May 14, 2015 (ECF No. 5), and ordered the petition served on respondents.

In the May 14, 2015, order, the court took judicial notice of the proceedings in case number 2:14-cv-01068-JAD-GWF in this court, another habeas action filed previously by Sanders. That action was opened on June 30, 2014, but was dismissed without prejudice on July 2, 2014, on account of the petitioner's failure to pay the filing fee or submit a proper application to proceed *in forma pauperis*. Petitioner filed a motion for reconsideration in that action, asking the court to vacate the order dismissing the action. *See* Motion for Reconsideration, ECF No. 4 in case number 2:14-cv-01068-JAD-GWF. In order to prevent duplicative litigation, the court did not, in its May 14 order, require respondents to respond to the habeas petition in this action pending the court's ruling on the motion for reconsideration in case number 2:14-cv-01068-JAD-GWF.

1    The court denied the motion for reconsideration in case number 2:14-cv-01068-JAD-GWF
2 on September 8, 2015 (ECF No. 12).  That action is closed.
3    Therefore, the court will now, in this action, set a schedule for respondents to respond to
4 Sanders' habeas petition, and for other further proceedings.
5    On August 13, 2015, Sanders filed a "Motion to Combine Habeas Cases" (ECF No. 8),
6 requesting that this case be consolidated with case number 2:14-cv-01068-JAD-GWF.  As case
7 number 2:14-cv-01068-JAD-GWF has now been dismissed, Sanders' motion is moot, and it will be
8 denied on that basis.
9    **IT IS THEREFORE ORDERED** that petitioner's motion to combine habeas cases
10 (ECF No. 8) is **DENIED**.
11   **IT IS FURTHER ORDERED** that respondents shall have **45 days** from the date of this
12 order to answer or otherwise respond to the habeas corpus petition.  If respondents file an answer,
13 petitioner shall then have 45 days to file a reply.  If respondents file a motion to dismiss, petitioner
14 shall then have 45 days to file a response to the motion to dismiss, and then respondents shall have
15 20 days to file a reply in support of that motion.

17   Dated September 17, 2015.

            _____
            UNITED STATES DISTRICT JUDGE