1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

9    DEBARON SANDERS,

10           Petitioner,                          2:14-cv-01966-JCM-NJK

11   vs.
                                                  **ORDER**
12   BRIAN WILLIAMS, SR., *et al.*,

13           Respondents.

14   _____/

15

16           In this habeas corpus action, brought by Nevada prisoner Debaron Sanders, the court, on

17   January 25, 2016,  granted Sanders' motion for appointment of counsel and ordered counsel

18   appointed on his behalf.  *See* Order entered January 25, 2016 (ECF No. 21).

19           In the January 25, 2016, order, the court appointed the Federal Public Defender for the

20   District of Nevada (FPD) to represent Sanders.  *See id*.  However, on January 28, 2016, the FPD filed

21   a notice stating that, because the appointment would create a conflict of interest, the FPD cannot

22   represent Sanders.  *See* Notice of Conflict (ECF No. 22).

23           Therefore, the court will appoint Gia A. McGillivray to represent Sanders in this case.  If

24   McGillivray is unable to represent Sanders, due to a conflict of interest or other reason, then alternate

25   counsel will be located and appointed.  In either case, counsel will represent petitioner in all federal-

26   court proceedings relating to this matter, unless allowed to withdraw.

1    **IT IS THEREFORE ORDERED** that Gia A. McGillivray is appointed to represent

2    petitioner.

3    **IT IS FURTHER ORDERED** that the clerk of the court shall serve on Gia A. McGillivray,

4    7440 W. Sahara Ave., Las Vegas, NV 89117, a copy of this order, together with a copy of the

5    petition for writ of habeas corpus in this case (ECF No. 6).

6    **IT IS FURTHER ORDERED** that Gia A. McGillivray shall have **30 days** from the date of

7    entry of this order to file a notice of appearance, or to indicate to the court her inability to represent

8    the petitioner in these proceedings.

9

10    Dated February 8, 2016.

11

12    _____

13    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

2