UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEBARON SANDERS,

    Petitioner,                              2:14-cv-01966-JCM-NJK

vs.

**ORDER**

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

    In this habeas corpus action, brought by Nevada prisoner Debaron Sanders, the court appointed counsel -- attorney Gia McGillivray -- to represent Sanders (ECF Nos. 21, 23), and set a schedule for Sanders to file a first amended habeas petition or a notice stating that he will not file an amended habeas petition. *See* Order entered March 28, 2016 (ECF No. 25). Sanders' amended petition, or notice that he will not file one, is due on July 11, 2016. *See* Order entered May 11, 2016 (ECF No. 28).

    On June 14, 2016, McGillivray filed a motion to withdraw (ECF No. 29). In that motion, McGillivray states that she has discovered that she has conflict of interest preventing her from representing Sanders. Therefore, good cause appearing, the court will grant McGillivray's motion to withdraw, and will discharge her from her representation of Sanders. The court will, in a separate order, appoint new counsel for Sanders.

1    The court will also suspend the deadline for Sanders to file an amended habeas petition. That
2 deadline will be reset after new counsel is appointed to represent Sanders.
3    **IT IS THEREFORE ORDERED** that Gia McGillivray's Motion to Withdraw as Counsel
4 of Record (ECF No. 29) is **GRANTED**. Gia McGillivray is discharged from her representation of
5 the petitioner in this case.
6    **IT IS FURTHER ORDERED** that the deadline for petitioner to file an amended petition for
7 writ of habeas corpus is suspended. The court will reset that deadline after new counsel is appointed
8 for petitioner.
9    **IT IS FURTHER ORDERED** that the clerk of the court shall mail a copy of this order to
10 petitioner, Debaron Sanders.

12    Dated June 17, 2016.

14    _____
15    UNITED STATES DISTRICT JUDGE