UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEBARON SANDERS,

    Petitioner,　　　　　　　　　　　　2:14-cv-01966-JCM-NJK

vs.

**ORDER**

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

    In this habeas corpus action, the petitioner, Debaron Sanders, was due to file an amended habeas petition by October 12, 2016. *See* Order entered July 14, 2016 (ECF No. 31).

    On October 11, 2016, Sanders filed a motion for extension of time (ECF No. 34), requesting a 90-day extension -- extending the deadline to January 10, 2017 -- for his amended petition. Sanders' counsel states that the extension of time is necessary to investigate this case, meet with the petitioner, and draft an amended petition. Respondents do not oppose the motion for extension of time. *See* Non-Opposition to Motion for Extension of Time (ECF No. 35). The Court finds that Sanders' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time Sanders requests.

    In view of the time that Sanders' will have had to file an amended petition, the court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No 34) is **GRANTED**. Petitioner will have until and including **January 10, 2017**, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered July 14, 2016 (ECF No. 31) will remain in effect.

Dated October 14, 2016.

_____
UNITED STATES DISTRICT JUDGE