**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEBARON SANDERS,

    Petitioner,  2:14-cv-01966-JCM-NJK

vs.

                                                  **ORDER**

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

      In this habeas corpus action, after a 90-day extension of time, the petitioner, Debaron Sanders, was due to file an amended habeas petition by January 10, 2017. *See* Order entered July 14, 2016 (ECF No. 31); Order entered October 14, 2016 (ECF No. 36). Sanders is represented by attorney William Gamage, who was appointed to represent Sanders on July 14, 2016 (ECF No. 31), and who made an initial appearance on Sanders' behalf on July 25, 2016 (ECF Nos. 32, 33).

      Gamage did not file an amended petition for Sanders by January 10, 2017, when it was due. Moreover, over the following month, Gamage did not file any motion for extension of time, or any other document, and did not take any other action with respect to this case.

      In the interests of justice, the court will extend to February 24, 2017, the time for Gamage to file the amended petition. *If Gamage does not meet that deadline, the court intends to enter an order requiring Gamage to show cause why he should not be subject to sanctions and/or removed from his representation of the petitioner in this case.*

**IT IS THEREFORE ORDERED** that petitioner will have until and including **February 24, 2017**, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered July 14, 2016 (ECF No. 31) will remain in effect.

Dated February 10, 2017.

_____
UNITED STATES DISTRICT JUDGE