UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEBARON SANDERS,

    Petitioner,

2:14-cv-01966-JCM-NJK

vs.

**ORDER**

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

The court will hold a status conference regarding this case on **May 8, 2017, at 10:00 a.m.** Counsel for petitioner shall appear in person in court for that conference. Counsel for respondents shall contact David Oakes (702-464-5413) to notify the court whether she will appear in person or by telephone.

**IT IS SO ORDERED.**

Dated April 26, 2017.

                                          _____
                                          UNITED STATES DISTRICT JUDGE