UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEBARON SANDERS,

    Petitioner,                                              2:14-cv-01966-JCM-NJK

vs.

**ORDER**

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

The court held a status conference on this date, May 8, 2017, regarding the matter of the preparation and filing of a first amended petition for writ of habeas corpus on behalf of the petitioner, Debaron Sanders, by his counsel, William H. Gamage. Taking into consideration the representations made by Gamage at the status conference, the court will extend, to **June 7, 2017**, the time for petitioner to file a first amended habeas petition. This will be the final extension of this deadline for Gamage.

The court will hold a further status conference regarding this case on **June 19, 2017, at 11:00 a.m.** Counsel for petitioner shall appear in person in court for that conference.

///

///

///

Counsel for respondents shall contact David Oakes (702-464-5413) to notify the court whether she will appear in person or by telephone.

**IT IS SO ORDERED.**

Dated May 9, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE