# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEBARON SANDERS,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

2:14-cv-01966-JCM-NJK

**ORDER**

In this habeas corpus action, the petitioner, Debaron Sanders, is represented by appointed counsel, Mario D. Valencia. *See* Order entered June 20, 2017 (ECF No. 47) (appointing Valencia); Notice of Appearance, filed June 26, 2017 (ECF No. 48). With appointed counsel, Sanders was to file an amended petition for writ of habeas corpus by September 18, 2017. *See* Order entered June 20, 2017 (ECF No. 47) (90 days to filed amended petition).

On August 9, 2017, Valencia filed a Motion to Withdraw (ECF No. 49), seeking to withdraw from his appointment as Sanders' counsel. Valencia represents in his motion that his representation of Sanders in this case will result in an unreasonable financial burden on him. The court will grant Valencia's motion, and will seek to find other counsel for Sanders.

1     **IT IS THEREFORE ORDERED** that Mario D. Valencia's Motion to Withdraw (ECF No. 49) is **GRANTED**. Mario D. Valencia is discharged as counsel for the petitioner in this action. The court will seek to appoint other counsel to represent the petitioner.

    **IT IS FURTHER ORDERED** that the schedule for further proceedings set forth in the order entered on June 20, 2017 (ECF No. 47) is vacated. The court will set a new schedule for further proceedings in this action after new counsel is appointed for the petitioner.

    **IT IS FURTHER ORDERED** that the clerk of the court shall serve copies of this order on Mario D. Valencia and the petitioner, Debaron Sanders, as well as on the respondents.

Dated August 28, 2017.

                                                          UNITED STATES DISTRICT JUDGE