# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEBARON SANDERS,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

2:14-cv-01966-JCM-NJK

**ORDER**

    In this habeas corpus action, the petitioner, Debaron Sanders, who is represented by court-appointed counsel, is due to file an amended habeas petition on December 12, 2017. *See* Order entered September 13, 2017 (ECF No. 51) (90 days to file amended petition).

    On December 5, 2017, Sanders filed a motion for an extension of time (ECF No. 53), requesting a 90-day extension of time to March 12, 2018, for his amended petition. This would be the first extension of this deadline. Sanders' counsel states that the extension of time is necessary because of the complexity of the case.

    The court finds that petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The court will grant the motion for extension of time. However, in light of the amount of time Sanders will have had to amend his petition (about six months), the court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time (ECF No. 53) is **GRANTED**. Petitioner shall have until **March 12, 2018**, to file an amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered September 13, 2017 (ECF No. 51) shall remain in effect.

Dated December 14, 2017.

_____
UNITED STATES DISTRICT JUDGE