UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEBARON SANDERS,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>BRYAN WILLIAMS, SR., *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:14-cv-01966-JCM-NJK<br><br>ORDER |

On August 13, 2018, the respondents in this habeas corpus action filed a motion for an extension of time (ECF No. 62), requesting a 31-day extension of time, to September 13, 2018, to file their answer to the petitioner's amended habeas petition. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. The petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///
///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 62) is **GRANTED**. Respondents will have until **September 13, 2018**, to file an answer, responding to the remaining claims in petitioner's amended habeas petition, which are Claims 1, 2, 3, 4 and 5. In all other respects, the schedule for further proceedings set forth in the order entered September 13, 2017 (ECF No. 51) remains in effect.

DATED August 16, 2018.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE